IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DRELIJAH J. MUHAMMAD, #180664, :
   Petitioner, :
 :
v. : CIVIL ACTION 1:18-00209-KD-B
 :
RAY NORRIS, :
   Respondent. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 29, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Petitioner's case is **DISMISSED** without prejudice, pursuant to Rule 41(b), due to his failure to prosecute and to comply with Court orders and as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **24th** day of **July 2018.**

          /s/ Kristi K. DuBose
          **KRISTI K. DuBOSE**
          **CHIEF UNITED STATES DISTRICT JUDGE**